**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL STEVENS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LOXO ONCOLOGY, INC., JOSHUA H. BILENKER, STEVE ELMS, KEITH T. FLAHERTY, AVI Z. NAIDER, LORI A. KUNKEL, ALAN FUHRMAN, TIM MAYLEBEN, and STEVE D. HARR,<br><br>Defendants. | Case No.: 1:19-cv-00207-LPS |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Michael Stevens ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to all others similarly situated. Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated: February 12, 2019

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>**FARUQI & FARUQI, LLP**<br><br>*/s/ Michael Van Gorder*<br>Michael Van Gorder (#6214) |
| **OF COUNSEL:**<br><br>**FARUQI & FARUQI, LLP**<br>Nadeem Faruqi<br>James M. Wilson, Jr. | 3828 Kennett Pike, Suite 201<br>Wilmington, DE 19807<br>Tel.: (302) 482-3182<br>Email: mvangorder@faruqilaw.com |

685 Third Ave., 26th Fl.
New York, NY 10017                                    *Counsel for Plaintiff*
Telephone: (212) 983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*